■ The People of the State of New York, Respondent, v. Thomas J. Pinelli, Appellant.— Motion to appeal on handwritten papers denied on the ground that the papers fail to show merit to the appeal.

■ The People of the State of New York, Respondent, v. Donald Smith, Appellant.— Motion to appeal as a poor person denied on the ground that the papers fail to show merit to the appeal.

■ The People of the State of New York, Respondent, v. Stanley Strauch, Appellant.— Motion to appeal on handwritten papers and for other relief denied on the ground that the papers fail to show merit to the appeal.

■ The People of the State of New York ex rel. Amos Williams, Appellant, against Robert Murphy, as Warden of Auburn Prison, Respondent. — Motion to appeal on original papers denied on the ground that the papers fail to show merit to the appeal.

■ The People of the State of New York, Respondent, v. Francis James McCarthy, Appellant.— Motion to appeal on original papers denied on the ground that the papers fail to show merit to the appeal.

■ The People of the State of New York ex rel. Curtiss Stokes, Appellant, against Walter B. Martin, as Warden of Attica Prison, Respondent.— Motion granted and appeal dismissed.

■ Thomas R. Goldsmith, Sr., Respondent, v. Mae Goldsmith, Appellant.— Appeal dismissed, without costs, on stipulation.

■ The People of the State of New York, Respondent, v. Charles Pride, Appellant.— Motion granted and appeal dismissed.

■ The People of the State of New York ex rel. Wilbur Albert Glena, Appellant, against Walter B. Martin, as Warden of Attica Prison, Respondent.— Motion to appeal on handwritten papers denied on the ground that the papers fail to show merit to the appeal.

■ The People of the State of New York ex rel. Bobby Lee Sams, Appellant, against Robert E. Murphy, as Warden of Attica Prison, Respondent.— Motion to dismiss appeal granted; application to appeal as poor person dismissed as academic.

■ The People of the State of New York, Respondent, v. Robert Van Slyke, Appellant.— Motion to appeal on original papers and for other relief denied on the ground that the papers fail to show merit to the appeal.

■ The People of the State of New York, Respondent, v. Kenneth O. Van Slyke, Appellant.— Motion to appeal on original papers and for other relief denied on the ground that the papers fail to show merit to the appeal.

■ The People of the State of New York, Respondent, v. Donald Douglas, Appellant.— Motion to appeal on original papers denied on the ground that the papers fail to show merit to the appeal.

■ James Hacker, Appellant, v. Hazel Hacker, Respondent.— Motion to extend time denied and appeal dismissed for failure to comply with previous order, with $10 motion costs.

■ The People of the State of New York, Respondent, v. Charles A. Lipinczyk, Appellant.— Motion granted and appeal dismissed. Williams, J., not voting.

■ The People of the State of New York, Respondent, v. Henry C. Fuhrmann, Appellant.— Motion to appeal as a poor person denied on the ground that the papers fail to show merit to the appeal.